IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01432-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HI-POINT CF380 PISTOL, SERIAL # P8049171,

       Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture (Doc. No. 16, filed Aug. 15, 2014) as to defendant Currency, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 924(d)(1);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant Hi-Point CF380 Pistol, Serial # P8049171 as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on August 7, 2014. (Doc. 13).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant Hi-Point CF380 Pistol, Serial # P8049171, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 924(d)(1);

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant Hi-Point CF380 Pistol, Serial # P8049171;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant Hi-Point CF380 Pistol, SERIAL # P8049171;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Default and Final Order of Forfeiture (Doc. No. 16) is GRANTED;

THAT default and forfeiture of defendant Hi-Point CF380 Pistol, Serial # P8049171, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 924(d)(1);

THAT the United States shall have full and legal title as to defendant Hi-Point CF380 Pistol, Serial # P8049171and may dispose of said property in accordance with law;

3

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant Hi-Point CF380 Pistol, Serial # P8049171 under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant Hi-Point CF380 Pistol, Serial # P8049171.

SO ORDERED this 24th day of September, 2014.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
United States Magistrate Judge